IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE RODRIGUEZ,                     )<br>                                                    )<br>          Petitioner,                  )<br>                                                    )<br>     vs.                                       )<br>                                                    )<br> M. S. EVANS, Warden,              )<br>                                                    )<br>          Respondent.               )<br>_____ ) | No. C 05-4573 CRB (PR)<br><br>ORDER DENYING<br>CERTIFICATE OF<br>APPEALABILITY<br><br>(Doc # 14) |

Petitioner has filed a notice of appeal and request for a certificate of appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b) following the court's dismissal of his petition for a writ of habeas corpus as untimely.

Petitioner's request for a certificate of appealability (doc # 14) is DENIED. Petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

SO ORDERED.

DATED: March 16, 2007

CHARLES R. BREYER
United States District Judge